Kevin A. Lipeles (Bar No. 244275)
Thomas H. Schelly (Bar No. 217285)
Aleksandra Urban (Bar No. 277475)
LIPELES LAW GROUP, APC
880 Apollo St., Suite 336
El Segundo, California 90245
Telephone: (310) 322-2211
Fax: (310) 322-2252

Attorney for Plaintiff,
Victor Magdaleno

Karin Cogbill (SBN 244606)
Michael Manoukian (SBN 308121)
HOPKINS & CARLEY
The Leticia Building
70 South First Street, Suite 2500
San Jose, California 95113-2406
Telephone: (408)286-9800
Facsimile: (408) 998-4790

Attorneys for Defendants OLDCASTLE INFRASTRUCTURE, INC., a Washington corporation

Lindsay Fitch (SBN 238227)
Kara D. Keister (SBN 250260)
SEYFARTH SHAW LLP
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
RANDSTAD US, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MAGDALENO, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>RANDSTAD US, LLC, a Delaware corporation; OLDCASTLE INFRASTRUCTURE, INC., a Washington corporation and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: 1:21−CV−01682−JLT−EPG<br><br>ORDER RE: STIPULATION TO CONTINUE THE DISCOVERY CUT-OFF DATES<br><br>(ECF No. 19). |

Pursuant to Local Rule 143, Defendants RANDSTAD US, LLC, a Delaware corporation; OLDCASTLE INFRASTRUCTURE, INC., a Washington corporation ("Defendants"), and Plaintiff VICTOR MAGDALENO ("Plaintiff") (collectively, the "Parties") jointly submit this Stipulation to continue the discovery cut-off dates by 30 days to permit the parties to conduct fact discovery and expert discovery, based on the parties' inability to take Plaintiff's deposition before the fact discovery cutoff, despite their diligence in litigating the case.

1. On March 10, 2022, the Court entered a scheduling order which set the following relevant deadlines: Nonexpert Discovery Cutoff: November 4, 2022; Expert Disclosure: December 2, 2022; Rebuttal Expert Disclosure: January 13, 2023; and Expert Discovery Cutoff: February 13, 2023.

2. At the Parties' Mid-Discovery Status Conference, Plaintiff agreed to provide responses to outstanding written discovery by August 17, 2022. Plaintiff provided the outstanding written discovery responses by August 17, 2022.

3. Thereafter the parties engaged in settlement discussions, which ultimately did not result in a settlement.

4. Defendant RANDSTAD US, LLC sought to set Plaintiff's deposition and worked with Plaintiff's counsel for several weeks to get available dates for Plaintiff's deposition. However, Plaintiff provided just one date that occurred before the fact discovery cutoff and Defendant was unavailable on that date. Plaintiff's counsel has now provided several available dates in November 2022, which occur after the close of fact discovery. The parties have agreed to depose Plaintiff on November 15, 2022.

5. Additionally, Plaintiff's counsel has now expressed interest in taking the depositions of the following persons: Harvey Doe, Plaintiff's Supervisor at Oldcastle Infrastructure, Inc., the Person Most Knowledge for Oldcastle Infrastructure, Inc. and the Person Most Knowledgeable for Randstad US, LLC. The parties are meeting and conferring regarding these depositions, including the topics for the Person Most Knowledgeable depositions.  Provided there is agreement, the depositions will occur in November 2022.

5. Given the parties' diligence in litigating this action, good cause exists for a limited, approximately 30-day continuance of the discovery deadlines for the limited purpose of conducting

Plaintiff's deposition and meeting and conferring, and conducting where agreed, the depositions of Defendants, while keeping the dispositive motion and trial dates the same.

6. The requested extension of 30 days is proportional and reasonable, and will allow the parties to conduct the necessary discovery.

7. Specifically, the parties propose the following new deadlines: Nonexpert Discovery Cutoff: December 5, 2022; Expert Disclosure: January 3, 2023; Rebuttal Expert Disclosure: February 13, 2023; and Expert Discovery Cutoff: March 15, 2023.

**IT IS SO STIPULATED.**

DATED: November 3, 2022          **LIPELES LAW GROUP APC**

By: s/ Thomas Schelly
Thomas Schelly
Attorney for Plaintiff
VICTOR MAGDALENO

DATED: November 3, 2022          **HOPKINS & CARLEY**

By: s/ Karin Cogbill
Karin Cogbill
Michael Manoukian
Attorneys for Defendants
OLDCASTLE INFRASTRUCTURE, INC., a Washington corporation

DATED: November 3, 2022          **SEYFARTH SHAW LP**

By: s/ Kara D. Keister
Kara D. Keister

Attorneys for Defendants

**ORDER**

Based on the parties' stipulation (ECF No. 19), IT IS HEREBY ORDERED that the Court's scheduling order (ECF No. 12) is modified as follows:

1. Nonexpert Discovery Cutoff: December 5, 2022; Expert Disclosure: January 3, 2023; Rebuttal Expert Disclosure: February 13, 2023; and Expert Discovery Cutoff: March 15, 2023;

2. All other dates in the Court's scheduling order (ECF No. 12) remain unmodified.[1]

IT IS SO ORDERED.

Dated:  **November 7, 2022**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] The parties' stipulation indicates a dispute regarding certain depositions. (*See* ECF No. 19, p. 2-3). If the parties wish to set an informal conference to discuss this issue, they should contact the Court's courtroom deputy, Michelle Rooney, as soon as possible.