UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MAGDALENO, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>RANDSTAD US, LLC, a Delaware corporation; OLDCASTLE INFRASTRUCTURE, INC., a Washington corporation and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No. 1:21-cv-01682-JLT-EPG<br><br>ORDER RE: NOTICE OF SETTLEMENT AND JOINT REQUEST<br><br>(ECF No. 22). |

On December 12, 2022, Magistrate Judge Helena M. Barch-Kuchta held a settlement conference between Plaintiff and Defendant Oldcastle Infrastructure, Inc. ("Oldcastle"). (ECF No. 21). Judge Barch-Kuchta stayed all pending deadlines and/or hearing and further directed Plaintiff and Defendant Oldcastle to file dispositional documents within twenty-one days. (*Id.*) On December 19, 2022, Plaintiff and Defendant Oldcastle filed a notice of settlement. (ECF No. 22). The parties' notice included the following request:

> The Parties hereby request that the Court vacate all pending due dates and hearings regarding the claims asserted against Defendant Oldcastle only and retain jurisdiction over the claims asserted against Defendant Oldcastle until Defendant Oldcastle can fully perform its duties as required under the settlement agreement. Defendant Oldcastle shall use its best efforts to fully perform its duties set forth in

1

the Parties' settlement agreement within fourteen (14) days of the Effective Date set forth in the Parties' settlement agreement. Upon Defendant's completion of its duties (as mandated under the settlement agreement) and within two weeks after said completion, Plaintiff will file with this Court a stipulation of dismissal with prejudice as to Defendant Oldcastle Infrastructure, Inc., only, to be signed by counsel for the Parties.

(*Id.* at 2).

Based on the parties' joint request (ECF No. 22), IT IS ORDERED that:

1. All dates and hearings concerning Plaintiff's claims as to Defendant Oldcastle are vacated.
2. The parties shall have 120 days to file a stipulation of dismissal with prejudice as to Defendant Oldcastle.[1]

IT IS SO ORDERED.

Dated: **January 4, 2023**                   /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] The parties also request that the Court retain jurisdiction for 120 days to allow Defendant Oldcastle time to fulfill its duties under the settlement agreement and Plaintiff to file appropriate dispositional documents. (*See* ECF No. 22). However, the Court will not order that it retains jurisdiction because the case remains open.