UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MAGDALENO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RANDSTAD US, LLC, a Delaware corporation; OLDCASTLE INFRASTRUCTURE, INC., a Washington corporation and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:21-cv-01682-JLT-EPG<br><br>ORDER RE: NOTICE OF SETTLEMENT AND JOINT REQUEST<br><br>(ECF No. 23). |

On December 21, 2022, Plaintiff and Defendant Randstad US, LLC filed a notice of settlement. (ECF No. 23). The parties' notice included the following request:

> The Parties hereby request that the Court vacate all pending due dates and hearings regarding Defendant Randstad US, LLC only and retain jurisdiction over this case until Defendant can fully perform its duties as required under the settlement agreement. It is estimated that Defendant will fully perform its duties on or around January 20, 2023. Upon Defendant's completion of its duties (as mandated under the settlement agreement) and within two weeks after said completion. Plaintiff will file with this Court a stipulation for dismissal with prejudice as to Randstad US, LLC, to be signed by counsel for all Parties.

(*Id.* at 2).

Based on the parties' joint request (ECF No. 23), IT IS ORDERED that:

1

1. All dates and hearings concerning Plaintiff's claims as to Defendant Randstad US, LLC are vacated.
2. The parties shall have 120 days to file a stipulation of dismissal with prejudice as to Defendant Randstad US, LLC.[1]

IT IS SO ORDERED.

Dated:   **January 4, 2023**                         /s/ Erica P. Grosjean
                                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] The parties also request that the Court retain jurisdiction until Defendant Randstad US, LLC fulfills its duties under the settlement agreement. (*See* ECF No. 23). However, the Court will not order that it retains jurisdiction because the case remains open.