UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MAGDALENO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RANDSTAD US, LLC, a Delaware corporation, *et al.*<br><br>　　　　Defendants. | Case No. 1:21-cv-01682-JLT-EPG<br><br>ORDER RE: STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>(ECF No. 26). |

On January 27, 2023, the parties filed a joint stipulation for dismissal with prejudice and with each party to bear its own attorneys' fees, costs, and expenses. (ECF No. 26). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice, with each party to bear its own attorneys' fees, costs and expenses. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

　　Dated: **January 30, 2023**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1